RECEIVED
MAR 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
APR 1 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMIE EDELKIND | CIVIL ACTION NO. 06-1813 |
| VS. | SECTION P |
| DAVID BLANCHET, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDE METHVIN |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** pursuant to the provisions of 28 U.S.C. §§1915(e)(2)(B)(iii) and 1915A(b)(2) since plaintiff "... seeks monetary relief from [defendants] who [are] immune from such relief..." and, as frivolous pursuant to 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b)(1) since plaintiff seeks mandamus relief against state court officers.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 18 day of April, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE