RECEIVED
JUN 29 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMIE EDELKIND | CIVIL ACTION NO: 06-1813 |
| VERSUS | JUDGE DOHERTY |
| DANIEL BLANCHET, ET AL. | MAGISTRATE JUDGE METHVIN |

### ORDER

Considering the Motion to Vacate the Judgment of Dismissal [Doc. 19], and for the reasons more fully set forth on the record this date;

IT IS HEREBY ORDERED that this matter is REFERRED to Chief Judge Richard T. Haik for reassignment; said reassignment to include the Magistrate Judge. All pending motions are CONTINUED and will be RESET by the judge to whom the case is reassigned.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this _29_ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE